FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PERRY DUSTIN and SADIE DUSTIN, Individually and as the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation, doing business in the State of Washington,<br><br>Defendant. | No. 2:23-CV-00161-MKD<br><br>ORDER OF DISMISSAL ON CLAIMS AGAINST DEFENDANT DILLEY<br><br>ECF No. 8 |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 8. The parties stipulate and move the Court to dismiss all claims against Defendant Paul Dilley, without prejudice, and without an award of fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.

ORDER - 1

The stipulation is signed by all parties who have appeared.  Defendants are dismissed without prejudice.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 8**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against and all defenses raised by Defendant Paul Dilley are **DISMISSED without prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order, provide copies to counsel, and **TERMINATE** Paul Willey as a defendant in this action.  The case caption set forth in this Order shall be applied to all future pleadings.

DATED June 30, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2