FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PERRY DUSTIN and SADIE DUSTIN, Individually and as the marital community thereof, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation, doing business in the State of Washington; PAUL DILLEY, an individual, <br><br>　　　　　　Defendants. | No. 2:23-CV-00161-MKD <br><br>ORDER OF DISMISSAL <br><br>**ECF No. 24** |

Before the Court is the parties'[1] Stipulated Dismissal With Prejudice and Without Costs and Fees, ECF No. 24.  The parties stipulate to the dismissal of all

---

[1] Paul Dilley joins in this stipulation.  All claims against Mr. Dilley were dismissed *without* prejudice on June 30, 2023, per the parties' earlier stipulation.  ECF Nos. 8, 9.

ORDER - 1

claims and causes of action, with prejudice and without an award of attorneys' fees or costs to any party.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Dismissal With Prejudice and Without Costs and Fees, **ECF No. 24**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot.**

4. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED October 19, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
